UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KATIROLL COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> KATI JUNCTION INC., DARPAN BHARARA, MD AKHTER HOSSAIN, MD JEWEL HOSSAIN, MD KAMAL HOSSAIN, MD TARIQUL ISLAM, MD NUR NOBI, SHAIKH NUHUL ALAM and NURUN NABI CHOWDHURY, <br><br> Defendants. | 14 Civ. 1750 (SAS) <br><br> ECF Case |



### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH AND WITHOUT PREJUDICE SUBJECT TO CONFIDENTIAL SETTLEMENT AGREEMENT

Plaintiff, The KatiRoll Company Inc. ("TKRC") and Defendants Kati Junction Inc., Darpan Bharara, Md Akhter Hossain, Md Jewel Hossain, Md Kamal Hossain, Md Tariqul Islam, Md Nur Nobi, and Nurun Nabi Chowdhury ("the Settling Defendants") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, TKRC and the Settling Defendants (together "the Settling Parties") have reached a confidential settlement agreement (the "Agreement") to settle all their claims in this action; and

WHEREAS, pursuant to the Agreement, the Settling Parties have agreed to dismiss all of their claims with prejudice except to enforce the terms of the Agreement;

WHEREAS, the Settling Parties have agreed that each of them will bear its own attorneys' fees and costs; and

WHEREAS, Defendant Shaikh Nuhul Alam asserted counterclaims against TKRC but did not appear for his deposition (originally noticed for February 26, 2015) and was not located since that time after his counsel made repeated attempts to find him.

NOW THEREFORE, the Settling Parties agree and stipulate and respectfully request that the Court dismiss all claims by the Settling Parties with prejudice, subject to the terms of the Agreement, and dismiss all claims and counterclaims concerning Shaikh Nuhul Alam in this action without prejudice, pursuant to Rule 41, Fed. R. Civ. P., with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*Elizabeth Shieldkret* 12/28/15
Elizabeth Shieldkret (ES 0625)   Date
67-20 Exeter Street
Forest Hills, NY 11375
(718) 997-0290

Attorney for Plaintiff,
The KatiRoll Company Inc.

*Kalpana Nagampalli* 12/30/15
Stephen E. Feldman (SF-5630)   Date
Kalpana Nagampalli (KN- 2807)
Nupur Shah (NS-1609)
Feldman Law Group, P.C.
220 E 42nd Street, Suite 3304
New York NY 10017
Tel: 212-532-8585
Fax: 212-532-8598

Attorneys for Defendants,
Kati Junction, Inc., Darpan Bharara, MD Akhter Hossain, MD Jewel Hossain, MD Kamal Hossain, MD Tariqul Islam, MD Nur Nobi, Shaikh Nuhul Alam and Nurun Nabi Chowdhury

Theodore C. Anderson
Kilgore & Kilgore, PLLC
30 Wall Street
8th Floor
New York, NY 10005-2205

Richard Schurin
STERN & SCHURIN LLP
Long Island Office
410 E. Jericho Turnpike
Mineola, NY 11501

Tel: 516-248-0300
Fax: 516-283-0277

Attorneys for Defendants,
Kati Junction, Inc., Darpan Bharara,
MD Akhter Hossain, MD Jewel
Hossain, MD Kamal Hossain, MD
Tariqul Islam, MD Nur Nobi, and
Nurun Nabi Chowdhury

SO ORDERED:

_____
Shira A. Scheindlin U.S.D.J.

Dated: New York, New York
        Dec. 30, 2015